Marjorie L. Hauf, Esq.
Nevada Bar No.: 8111
Matthew G. Pfau, Esq.
Nevada Bar No.: 11439
Bre'Ahn Brooks, Esq.
Nevada Bar No.: 15672
H&P LAW
710 S 9th Street
Las Vegas, NV 89101
702 598 4529 TEL
702 598 3626 FAX
mhauf@courtroomproven.com
mpfau@courtroomproven.com
bbrooks@courtroomproven.com
Attorneys for Plaintiff,
*Maria Shaw*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| **Maria Shaw**,<br><br>          Plaintiff,<br><br>     vs.<br><br>**The Vons Companies Inc. a foreign corporation**, **dba Vons, Safeway, Inc., a foreign corporation**, DOES I through X; and ROE CORPORATIONS I through X, inclusive,<br><br>          Defendants. | Case No.: 2:24-cv-00132-RFB-DJA<br><br>**ORDER GRANTING STIPULATION** |

COMES NOW Plaintiff Maria Shaw, by and through her counsel of record, at the law firm of H&P Law and Defendant The Vons Companies Inc., by and through their counsel of record, at the law firm of BACKUS BURDEN, and represent the following:

That Plaintiff's counsel was out of the jurisdiction at the time that the motion was filed, after she concluded a lengthy firm trial that ended on May 28, 2025. As such, Plaintiff now requests additional time to brief and file Plaintiff's Opposition to Defendant's Motion to Enforce Settlement Agreement. Therefore, counsel for the parties in this matter hereby STIPULATE AND AGREE as follows:

IT IS HEREBY STIPULATED AND AGREED, that the deadline for Plaintiff to file his Opposition to Defendant's Motion to Enforce Settlement Agreement, be extended from June 11, 2025, to June 25, 2025.

IT IS FURTHER STIPULATED AND AGREED, that the deadline for Defendant to file it's Reply in Support of it's Motion to Enforce Settlement Agreement, also be extended from June 18, 2025, to July 2, 2025.

| DATED this 10th day of June, 2025 | DATED this 10th day of June, 2025 |
|---|---|
| H&P LAW | BACKUS \| BURDEN |
| /s/ Marjorie L. Hauf | /s/ Jacquelyn Franco |
| Marjorie L. Hauf, Esq. | Jack P. Burden, Esq. |
| Nevada Bar No.: 8111 | Nevada Bar No: 6918 |
| Matthew G. Pfau, Esq. | Jacquelyn Franco, Esq. |
| Nevada Bar No.: 11439 | Nevada Bar No.: 13484 |
| Bre'Ahn Brooks, Esq. | 3050 South Durango Drive |
| Nevada Bar No.: 15672 | Las Vegas, NV 89117 |
| 710 S. 9th Street | Attorneys for Defendants |
| Las Vegas, NV 89101 | *The Vons Companies, Inc and Safeway, Inc.* |
| *Attorneys for Plaintiff* | |

**IT IS SO ORDERED.**

Dated: June 11, 2025.

_____
UNITED STATES DISTRICT JUDGE