1   Jack P. Burden, Esq.
    Nevada State Bar No. 6918
2   Jacquelyn Franco, Esq.
    Nevada State Bar No. 13484
3   **BACKUS | BURDEN**
    3050 South Durango Drive
4   Las Vegas, NV 89117
    (702) 872-5555
5   (702) 872-5545
6   jburden@backuslaw.com
    jacquelynfranco@backuslaw.com
7   Attorneys for Defendants
    *The Vons Companies, Inc*
8   *and Safeway, Inc.*

9

                    **UNITED STATES DISTRICT COURT**

10

                        **DISTRICT OF NEVADA**

11

12   MARIA SHAW,                          )   **Case No.    2:24-cv-00132-RFB-DJA**
                                          )
13                   Plaintiff,           )   ORDER GRANTING
                                          )   **STIPULATION AND ORDER RE**
14   vs.                                  )   **DISMISSAL WITH PREJUDICE**
                                          )
15   THE VONS COMPANIES, INC., a foreign  )
     corporation, dba VONS, SAFEWAY, INC., a )
16   Foreign Corporation; DOES I through X; and )
     ROE CORPORATIONS I through X, inclusive, )
17                                        )
                     Defendants.          )
18                                        )

19       Plaintiff **MARIA SHAW**, by and through her counsel of record MARJORIE L.

20   HAUF, ESQ., MATTHEW G. PFAU, ESQ and BRE'AHN BROOKS, ESQ. of **H&P LAW** and

21   Defendants **THE VONS COMPANIES, INC**. and **SAFEWAY, INC**. by and through its counsel of

22   record Jack P. Burden, Esq. and Jacquelyn Franco, Esq. of **BACKUS | BURDEN** hereby stipulate to

23   dismiss all claims that have been brought and/or could have been brought in the above titled

24   litigation *with* prejudice.

25       This dismissal *does* completely resolve this entire matter.

26       Plaintiff and Defendant hereby further stipulate and agree that each party shall bear its own

27   attorneys' fees and costs.

28

1    It is hereby requested that any pending dates be **VACATED**.

2    This stipulation is entered into in good faith, in the interests of judicial economy and not

3    for the purpose of delay.

4

5    DATED this 9th day of October 2025.         DATED this 1I7 day of Oct. 2025.

6

7    **H&P LAW**                                  **BACKUS | BURDEN**

8    /s/ Bre'ahn Brooks                           /s/ Jacquelyn Franco
     MARJORIE L. HAUF, ESQ.                       JACK P. BURDEN, ESQ.

9    Nevada Bar No. 8111                          Nevada Bar No. 6918
     MATTHEW G. PFAU, ESQ.                        JACQUELYN FRANCO, ESQ.

10   Nevada Bar No. 11439                         Nevada Bar No. 13484
     BRE'AHN BROOKS, ESQ.                         3050 South Durango Drive

11   Nevada Bar No. 15672                         Las Vegas, NV 89117
     710 S. 9th Street                            *Attorneys for Defendants*

12   Las Vegas, Nevada 89101
     *Attorneys for Plaintiff*

13

14

15          IT IS SO ORDERED.               **ORDER**

16                                          _____
                                            U.S. DISTRICT JUDGE
17

18   **BACKUS | BURDEN**                    DATED this 14th day of October, 2025.

19   By
     Jack P. Burden, Esq.
20   Nevada State Bar No. 6918
     Jacquelyn Franco, Esq.
21   Nevada State Bar No. 13484
     3050 South Durango Drive
22   Las Vegas, NV 89117
     (702) 872-5555
23   (702) 872-5545
     jburden@backuslaw.com
24   jacquelynfranco@backuslaw.com
25   Attorneys for Defendants
     *The Vons Companies, Inc*
26   *and Safeway, Inc.*

27

28

BACKUS | BURDEN
3050 SOUTH DURANGO
LAS VEGAS, NEVADA 89117
TELE: (702) 872-5555  FAX: (702) 872-5545

2